a

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERRY CRAIG,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-1305-P |
| VERSUS | JUDGE DRELL |
| POLICE DEPT., CITY OF NATCHITOCHES,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

REPORT AND RECOMMENDATION

Before the Court is a civil rights Complaint under 42 U.S.C. § 1983, filed by *pro se* Plaintiff Jerry Craig ("Craig"). (ECF No. 1). Craig complains that he was wrongfully arrested and incarcerated. He names as Defendants the Natchitoches Parish Police Department and Victor Pickney. (ECF No. 1 at 2). Craig seeks monetary damages and the restoration of his Supplemental Security Income.

Because Craig has failed to comply with a Court Order (ECF No. 7), his Complaint (ECF No. 1) should be DISMISSED WITHOUT PREJUDICE.

I. Background

Craig alleges that he was wrongfully accused of robbing a bank. ECF No. 1 at 3. Because he was on probation at the time, Craig's probation was revoked. *Id.*

Craig was ordered to amend his Complaint to state the disposition of the criminal charges against him. Craig was also ordered to state whether he was arrested pursuant to a warrant, or if a probable cause determination was made following the arrest. Finally, Craig was instructed to supply a copy of the arrest

report and any court minutes or orders related to his arrest, detention, and the disposition of those charges. ECF No. 7.

## II. Law and Analysis

A district court may dismiss an action for the plaintiff's failure to prosecute or to comply with any order. Fed. R. Civ. P. 41(b). A court possesses the inherent authority to dismiss the action *sua sponte*. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

To date, Craig has failed to comply with the Court's Order (ECF No. 7) to amend his Complaint, and he has not requested an extension of time within which to comply.

## III. Conclusion

Because Craig has failed to comply with the Court's Order (ECF No. 7), IT IS RECOMMENDED that the Complaint (ECF No. 1) be DISMISSED WITHOUT PREJUDICE under Rule 41(b) of the Federal Rules of Civil Procedure.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed. R. Civ. P. 72(b), any party may serve and file with the Clerk of Court written objections to this Report and Recommendation within fourteen (14) days after being served with a copy thereof, unless an extension of time is granted under Fed. R. Civ. P. 6(b). A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections or reply briefs) may be filed,

unless a party shows good cause and obtains leave of court. The District Judge will consider timely objections before issuing a final ruling.

A party's failure to file written objections to the proposed factual findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days after being served with a copy thereof, or within any extension of time granted by the Court under Fed. R. Civ. P. 6(b), shall bar that party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 4th day of February 2020.

_____
JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE